4

CIVIL COMPLAINT FORM TO BE USED BY A PRO SE PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Jason Moore          QR4768

Full Name of Plaintiff          Inmate Number:

:Civil No.    3:26-CV-1509

:(to be filled in by the Clerk's Office)

Donald J, Trump

Name of Defendant 1(___)NO Jury Trial Demand          :          (_) Demand for Jury Trial

Name of Defendant 2

**FILED
SCRANTON**

JUN 0 2 2026

Name of Defendant 3

PER_____

DEPUTY CLERK

Name of Defendant 4

Name of Defendant 5
(Print the names of all defendants. If the names of all :
defendants do not fit in this space, you may attach :additional
pages. Do not include addresses in this :section).

1.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

Civil Rights Action under 42 U.S.C. S 1983 (state, county, or municipal defendants)

___

Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388

___

Page 6 of 6

(1971) (federal defendants)

Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. 1346, against the

United States

11.    ADDRESSES AND INFORMATION

A. PLAINTIFF

~~Moore, Jason~~ Moore, Jason

Name (Last, First, MI)

OR 4768

Inmate Number

S.C.I. Waymart

Place of Confinement

11 Fairview Dr

Address

Waymart, PA 18472

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

        Pretrial detainee

___    Civilly committed detainee

___    Immigration detainee

_X_    Convicted and sentenced state prisoner

___    Convicted and sentenced federal prisoner

B.    DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant I :

Trump, Donald J.

Name (Last, First)

President of the United States

Current Job Title

1600 Pennsylvania Ave

Current Work Address

Washington D.C.    20001

City, County, State, Zip Code

Defendant 2:

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.Describe where and when the events giving rise to your claim(s) arose.

Jan. 6, 2021    And   Jan. 2025 And Feb. 2025

B.    On what date did the events giving rise to your claim(s) occur?

Jan. & Feb. 2025

C.

What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

See additional page

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

See additional page attached

Jason Moore

~~Page~~    Legal Claim (s)

1. My 5th and 14th amendment claim for avenging on his predecessor on January 6, 2021 by intentionally initiating and taunting all of his social media followers across America to storm the capital in Washington D.C. and introducing violent people, violent behavior and criminal acts onto hundreds of millions of people, especially our children who watched; and now, think that it's okay because our President of the United States of America; said it's okay, or he didn't negligently say anything to stop or turn them away.

2. Claims to be Factual;

A) The defendant was inaugurated on January 20 2025 for his 2nd term as President.

B) Pursuant to Rule 8(a)(2) are facts that very shortly thereafter he was inaugurated; the President abused his power and executive powers by pardoning hundreds of; if not thousands of people who turned violent and stormed the Capital on January 6, 2021 as to where some of their charges were extremely violent like murder down to simple assaults and misdemeanors to where it originally was only suppose to be a peaceful protest.

(i) Now; Presently, there are hundreds of thousands of people across our nation sitting in prisons incarcerated for "non-violent" offenses and who's cases should be Re-reviewed and pardoned as my 5th and 14th amendments that protect me for fair and equal treatment that the January 6th offenders received in early 2025 after the inauguration; and, especially; to pardon the inmates of Pennsylvania, where Trump said "All of Pennsylvania needs a fence around it."

C) Take the fence down; I am an inmate in the Pennsylvania D.O.C. system; and we believe; as non-violent offenders; that it is Absolutely Unfair and unethical to every non-violent inmate in America if we don't get a presidential pardon; or, at least get all of our cases. Re-reviewed again by local District Attorney's.   For as much as the →

President has been indicted; then he, out of all people should understand that it is unfair and improper treatment. Our Judicial System is severely broken and corrupt and it must be stopped; it must be aggressively addressed, and repairing it starts with the local law enforcement and all the way up to Judges, etc. And the I.C.E. enforcement in the past recent events in Minnesota is a solid example of lack of training of law enforcement officers. If our law enforcement officers were trained and schooled from the very start with the knowledge of all federal, state, and local Rules & Proceedures of the laws, and not just knowing just a few of them. They lack the schooling and training; and it should be mandatory law for every law enforcement officer because there are too many cases ending up in appeal courts and because the lower courts are often protecting the mistakes and credibility of the officers and flooding the system. Unfortunately, each case needs to be Re-examined by local District Attorney's nationwide whether they like it or not; and, or, at least place some of them into proper treatment facilities instead of locking them up. Something must be done. We have a great President who is not afraid to stand up for what's right; he is a non-wuss who can fight and rid of all the corruption.

D.) My 5th and 14th Amendment claims are meritorous and must be addressed with these changes to be done carefully and thoughtfully A.S.A.P... I am seeking relief in the amount of $15 Billion for our President and Government to take it seriously enough to do something about it and stop corruption in America, and keep America Great! Our country, our land, and our people should be top priorities as of right now!

**V. INJURY**

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

See Attached

**VI. RELIEF**

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

See attached

**VII.    SIGNATURE**

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires pro se plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Signature of Plaintiff

Date

Jason Moore
QR4768
SC: Waymart
Po box 33028
St Petersburg Fl 33733

quadient
FIRST-CLASS MAIL
IMI
$002.17

RECEIVED
SCRANTON

JUN 02 2026

PER _____ DEPUTY CLERK

U.S. District Court
Attn: Peter Welsh
235 N. Washington Ave.
Scranton, PA 18501

INMATE MAIL
PA. DEPT. OF CORRECTIONS